IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MAKEDA HANNAH CLEMENT, | * | |
| *Plaintiff,* | * | |
| v. | * | Case No.: 1:15-cv-01185-JFM |
| MANAGEMENT SOLUTION, LLC, et al. | * | |
| | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

The parties hereby stipulate that Plaintiff's claims against ADP Recovery, Inc. only are hereby DISMISSED with prejudice.

| | |
|---|---|
| /s/ | /s/ |
| E. David Hoskins, #06705 | Stephen S. McCloskey, #04640 |
| Max F. Brauer, #30162 | Thomas V. McCarron, #08145 |
| *(signed copy of document bearing signature of E. David Hoskins and Max F. Brauer is being maintained in office of Stephen S. McCloskey)* | Semmes, Bowen & Semmes |
| | 25 S. Charles Street, Suite 1400 |
| | Baltimore, MD 21201 |
| | *Attorneys for Defendants* |
| The Law Offices of E. David Hoskins, LLC | |
| 16 East Lombard Street, Ste. 400 | |
| Baltimore, Maryland 21202 | |
| *Attorneys for Plaintiff* | |

B1658946.DOCX