IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **MAKEDA HANNAH CLEMENT** | * |
| *Plaintiff*, | * |
| vs. | * Civil Action No. 1:15-cv-01185 |
| **MANAGEMENT SOLUTION, LLC,** et al. | * |
| *Defendants.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by her undersigned counsel, voluntarily dismisses this action as to Defendants, Management Solution, LLC, RS Financial Services, LLC and Sovereign Lending Solutions, LLC without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Dated:  October 8, 2015          Respectfully Submitted,

                                 */s/ E. David Hoskins*
                                 E. David Hoskins, Bar No.: 516554
                                 LAW OFFICES OF E. DAVID HOSKINS, LLC
                                 16 E. Lombard Street, Ste. 400
                                 Baltimore, Maryland 21202
                                 (410) 662-6500 (Tel.)
                                 (410) 662-7800 (Fax)
                                 *davidhoskins@hoskinslaw.com*

DATED:_____   SO ORDERED:   _____